HLD-114 (April 2010)                                                  NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 09-4383
_____

IN RE: JAMAH GROSVENOR, Petitioner
_____

On a Petition for Writ of Mandamus from the
United States District Court for the District of Delaware
(Related to D. Del. Civ. No. 06-cv-00619)

_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
April 30, 2010
Before: SCIRICA, WEIS and GARTH, Circuit Judges
Opinion filed: May 24, 2010
_____

OPINION
_____

PER CURIAM.

In November 2009, Jamah Grosvenor filed this pro se mandamus petition

seeking and directing the District Court to rule upon his motion to vacate, set aside, or

correct his sentence pursuant to 28 U.S.C. § 2255.  At the time Grosvenor filed this

petition, the District Court had not yet acted on Grosvenor's motion, which had been

pending without activity since March 2007.  By order entered on March 1, 2010, the

District Court denied Grosvenor's motion.  Because Grosvenor has now received the

relief he sought in filing his mandamus petition – namely, a ruling on his § 2255 motion – we will deny his petition as moot.